[No. 4628–II. Division Two. August 18, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JACKIE CHARLES PATTERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 79–1–00282–8, Thomas L. Lodge, J., entered February 15, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 4340–II. Division Two. August 18, 1981.]

ALBERT C. DUNKEL, ET AL, *Appellants,* v. THE BOARD OF TRUSTEES OF CAPE GEORGE COLONY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 9369, Tyler C. Moffett, J., entered October 12, 1979. *Remanded* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[Nos. 5067–II; 5177–II; 5240–II. Division Two. August 18, 1981.]

*In the Matter of the Marriage of* LYLE HANSON, *Appellant, and* ARLYS HANSON, *Respondent.*

Appeals from a judgment of the Superior Court for Pierce County, No. 278591, William L. Brown, Jr., J., entered September 26, 1980. *Affirmed as modified* by unpublished opinion per Petrie, A.C.J., concurred in by Petrich, J., and Johnson, J. Pro Tem.